# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD B. OLAJIDE, | No. 2:17-CV-1477-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| TREVOR DEWAR, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On May 23, 2018, the court issued findings and recommendations that this action be dismissed for plaintiff's failure to apprise the court of his current address. A review of the docket reflects plaintiff has submitted the required notice of change of address. Good cause appearing therefor, the May 23, 2018, findings and recommendations will be vacated.

A review of plaintiff's notice of change of address indicates plaintiff is no longer incarcerated. This action is, therefore, no longer considered a prisoner action and will be re-designated as a pro se civil action. See Local Rule 101 (defining "prisoner action").

Finally, plaintiff has not resolved the fee status for this case by filing either a complete application to proceed in forma pauperis or paying the required filing fee. Plaintiff will be provided the opportunity to submit either a completed application to proceed in forma pauperis or pay the appropriate filing fee. Plaintiff is warned that failure to comply with this order may

result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 23, 2018, are vacated;

2. The Clerk of the Court is directed to re-designate this action as a pro se civil action and to update the docket to reflect the re-designation;

3. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis or pay the appropriate filing fee; and

4. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis.

Dated: December 6, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE